1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
7  Telephone:   (415) 436-7200
   Fax:         (415) 436-7234
8  E-Mail:      Tarek.J.Helou@usdoj.gov

9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION


| UNITED STATES OF AMERICA, | ) | No. CR 00-363-7 VRW |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CHANGING DATE FOR SENTENCING ON SUPERVISED RELEASE VIOLATION |
| | ) | |
| v. | ) | |
| | ) | |
| DEWAYNE WILLIAMS, | ) | Current Date:   March 4, 2010 |
| | ) | Current Time:   2:00 p.m |
| | ) | |
| Defendant. | ) | Proposed Date:  March 11, 2010 |
| | ) | Proposed Time:  2:00 p.m. |

STIP CHANGE HR'G DATE
CASE NO. CR 00-363-7 VRW

1    Defendant Dewayne Williams is currently set to be sentenced by the Court on March 4, 2010 for violating his supervised release. The attorney representing the government in this case, Assistant U.S. Attorney Tarek J. Helou, will be out of town on work-related business on the date of the hearing.

Counsel for the government requests that the Court change the date of the sentencing hearing in this matter to March 11, 2010 at 2:00 p.m. Based on government counsel's stated unavailability, the defense does not object to the request. Counsel for the government discussed this change with Shaheen Shan, the U.S. Probation Officer assigned to this case; she does not object to the change.

It is so stipulated.

DATED: February 24, 2010            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/S/
_____
TAREK J. HELOU
Assistant United States Attorney


/S/
_____
GEOFFREY HANSEN
Counsel for Defendant Dewayne Williams

For good cause appearing, and based on the stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing on defendant Dewayne Williams's supervised release

//
//
//
//
//

STIP CHANGE HR'G DATE
CASE NO. CR 00-363-7 VRW            -1-

1  violation, currently scheduled for March 4, 2010 at 2:00 p.m., will be continued to March 11,
2  2010 at 2:00 p.m.
3  DATED: 2/26/2010



_____
THE HONORABLE VAUGHN R WALKER
CHIEF UNITED STATES DISTRICT JUDGE

STIP CHANGE HR'G DATE
CASE NO. CR 00-363-7 VRW          -2-